UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA          :
                                  :
                                  :
                v.                :          CRIM. NO.3:02CR138(EBB)
                                  :
                                  :
                                  :
DAVID WILSON                      :          FEBRUARY 8, 2005

NOTICE OF APPEARANCE

Please enter the appearance of Mark D. Rubino, Assistant United States Attorney, as

counsel for the plaintiff in the above-captioned matter.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

    /s/
MARK D. RUBINO
ASSISTANT UNITED STATES ATTORNEY
157 CHURCH STREET
NEW HAVEN, CONNECTICUT 06510
(203) 821-3700
FEDERAL BAR NO. ct03496
Mark.Rubino@usdoj.gov

<u>CERTIFICATION</u>

This is to certify that a copy of the foregoing was sent via United States Mail, postage

prepaid, on this date, to:

Joseph W. Martini, Esq.
Pepe & Hazard
30 Jelliff Lane
Southport, CT 06890-1436


Dated at New Haven, Connecticut on February 8, 2005.


_____/s/_____
MARK D. RUBINO
ASSISTANT UNITED STATES ATTORNEY