UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Criminal No. 3:02CR138(EBB) |
| v. | : |
| | : |
| DAVID WILSON | : February 9, 2005 |

MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, the undersigned moves to withdraw his appearance from the above-referenced case.

Accordingly, it is requested that this motion be granted.

Dated at Hartford, Connecticut on the 9th day of February, 2004.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


ROBERT M. SPECTOR
ASSISTANT UNITED STATES ATTORNEY
450 MAIN STREET, ROOM 328
HARTFORD, CT 06103
TEL. (860) 947-1101
Federal Bar No. ct18082

2

## CERTIFICATION

This is to certify that the within and foregoing has been mailed, via first-class mail this 9th day of February, 2005 to:

Joseph W. Martini, Esq.
Pepe & Hazard LLP
30 Jelliff Lane
Southport, CT 06890

                                                ROBERT M. SPECTOR
                                                ASSISTANT UNITED STATES ATTORNEY