UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 SEP 15 P 3: 25
U.S. ... COURT

------------------------------------------x
UNITED STATES OF AMERICA,         :
                                  :
         Plaintiff,               :   Crim. No.: 3:02CR138 (EBB)
                                  :
    v.                            :
                                  :
DAVID WILSON,                     :   September 14, 2005
                                  :
         Defendant.               :
------------------------------------------x

## MOTION, ON CONSENT, TO CONTINUE SENTENCING

The defendant, David Wilson, with the consent of the government, respectfully submits this motion to continue his sentencing, currently scheduled for September 21, 2005, until on or about October 21, 2005, and states the following in support:

1. Sentencing in this matter is now scheduled for September 21, 2005.

2. For some time, counsel, Mr. Wilson and the government have been meeting to discuss Mr. Wilson's potential to cooperate with the government. While that process had slowed in recent months, it has now picked up; in fact, there are now new avenues of cooperation being explored. Thus, the cooperation is ongoing and is expected to continue for at least the next thirty days.

3. The government has been contacted and has no objection to this request.

JWM/32195/2/71574v1
09/14/05-SPT/