UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Criminal No. 3:02CR138 (EBB) |
| v. ) | |
| ) | |
| DAVID WILSON, ) | January 29, 2006 |
| ) | |
| Defendant. ) | |

---

## WAIVER OF SPEEDY SENTENCING

David Wilson, the defendant in the above entitled action, having been fully advised of his right to a speedy sentencing under the Speedy Trial Act, 18 U.S.C. §3161 et. seq., and the Plan of the District of Connecticut, does hereby knowingly and intelligently waive those rights insofar as they entitle him to speedy sentencing, and consents to a new sentencing date on or about April 18, 2006.

David Wilson
David Wilson