UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| Plaintiff, | : Crim. No.: 3:02CR138 (EBB) |
| | : |
| v. | : |
| | : |
| DAVID WILSON, | : March 1, 2006 |
| | : |
| Defendant. | : |

---

## MOTION TO SEAL

Undersigned counsel for the defendant, David Wilson, respectfully requests that the within Ex Parte Motion to Withdraw as Counsel, as well as this Motion to Seal, be filed under seal to prevent disclosure of discussions between counsel and Mr. Wilson.

Respectfully Submitted,

By:_____
    Joseph W. Martini (ct 07225)
    Pepe & Hazard LLP
    30 Jelliff Lane
    Southport, CT  06890
    (203) 319-4002
    (203) 259-0251 fax
    jmartini@pepehazard.com