```
                    UNITED STATES DISTRICT COURT

                      DISTRICT OF CONNECTICUT


UNITED STATES OF AMERICA        :

            v.                  :   NO. 3:02CR138(EBB)

DAVID WILSON                    :
```

## O R D E R

Defendant shall respond to the motion of counsel to withdraw on or before March 20, 2006.

SO ORDERED.

```
                                _____
                                ELLEN BREE BURNS, SENIOR JUDGE
                                UNITED STATES DISTRICT COURT
```

Dated at New Haven, CT, this ___ day of March, 2006.