David Wilson
950 High Street
Central Falls, RI 02863

RECEIVED
MAR 10 2006

FILED
2006 MAR 24 P 4: 38
U.S. DISTRICT COURT
NEW HAVEN CT

The Honorable Ellen Bree Burns
Senior United States District Judge
United States Courthouse
141 Church Street
New haven, CT.

RE: UNITED STATES V. DAVID WILSON

Honorable Ellen B. Burns.

    Greetings. It appears my counsel and I have settle apart any difficulties and we have agreed to move forward with the sentencing hearing. I have been incarcerated in very precarious condictions and I do not want my counsel to withdraw from my case for I want to be sentenced and moved to another facility where I can get better medical treatment. I have been very depressed lately and I do not wish my sentencing date to be postpone. Thank you.

                                       Very Truly Yours,

                                       *David Wilson*
                                       Davad Wilson/Defendant

CERTIFICATION

This is to certify that a copy of this letter has been sent to each of the following:

    The Honorable Ellen Bree Burns
    Senior United States District Judge
    United States Courthouse
    141 Church Street
    New Haven, Connecticut  06510


    Defendant's Counsel
    Joseph Martini
    30 Jelliff Lane
    Southport, Connecticut 06890


Respectfully submitted this 14 day of March 2006


*David Wilson* (signature)

Sender: David Wilson/Defendant