UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------x
UNITED STATES OF AMERICA,            :
                                     :
        Plaintiff,                   :   Crim. No.: 3:02CR138 (EBB)
                                     :
v.                                   :
                                     :
DAVID WILSON,                        :   April 11, 2006
                                     :
        Defendant.                   :
------------------------------------------------x

### MOTION, ON CONSENT, TO CONTINUE SENTENCING

The defendant, David Wilson, with the consent of the government, respectfully submits this motion to continue his sentencing, currently scheduled for April 25, 2006, until a day during the week of May 8, 2006 (but not May 9, 2006), and states the following in support:

1. Sentencing in this matter is now scheduled for April 25, 2006.

2. As of this date, undersigned counsel has not heard from Attorney Pothin, who has been appointed by the Court to advise Mr. Wilson about undersigned counsel's motion to withdraw.

3. In addition, if undersigned counsel is going to continue in this case, additional time will be needed to (a) meet with Mr. Wilson to prepare for sentencing, and (b) submit a sentencing memorandum to the Court. Additional time is needed because the press of other business has kept undersigned counsel from being able to

JWM/32195/2/76392v1
04/11/06-SPT/

complete these tasks, which business includes a Second Circuit brief due on April 17, 2006. In addition, undersigned counsel will be out of the District starting on April 19, and not returning to the office until April 24, 2006, which leaves insufficient time for these tasks.

4. Undersigned counsel has an oral argument before the Second Circuit on May 9, 2006, and would thus requests that sentencing not be scheduled for that date.

5. The government has been contacted and has no objection to this request.

6. This is the defendant's fourteenth, and **final**, request for a continuance of sentencing.

Respectfully Submitted,

By: _____
Joseph W. Martini (ct 07225)
Pepe & Hazard LLP
30 Jelliff Lane
Southport, CT 06890
(203) 319-4002
(203) 259-0251 fax
jmartini@pepehazard.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, this 11th day of April, 2006, to the following counsel of record:

Mark D. Rubino, Esq.
Assistant United States Attorney
Office of United States Attorney
157 Church Street, 23rd Floor
New Haven, CT 06510

_____
Joseph W. Martini

JWM/32195/2/76392v1
04/11/06-SPT/