UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 3:02CR138(EBB) |
| v. : | |
| DAVID WILSON : | |

**GOVERNMENT'S POSITION ON SENTENCING**

The United States of America, by and through the undersigned Assistant United States Attorneys, hereby submits its position on sentencing in this case.

The government has no factual objections to the Presentence Report (PSR), other than to note that there appears to be a typographical error in ¶ 6 where it states that 1000 kilograms equates to "220" pounds. It should read 2,200 pounds.

Likewise, the government concurs with the PSR's calculation of the sentencing guidelines as it relates to the base offense level of 34 and the two-level adjustment for possession of a firearm in connection with the offense. At this time, however, the government is withholding its recommendation that the defendant receive an adjustment for acceptance of responsibility on the grounds that the defendant is frivolously contesting the adjustment for firearm possession and he has not complied with the probation officer's demand that he submit a properly sworn financial statement.

Lastly, the government notes that the defendant has indicated that he has reserved his right to object to paragraphs 5-15 and 18-20 of the PSR. Should the defendant file more specific objections, the government will likely supplement this submission.

        Respectfully submitted,

        KEVIN J. O'CONNOR
        UNITED STATES ATTORNEY


        /s/
        MARK D. RUBINO
        ASSISTANT UNITED STATES ATTORNEY
        157 Church Street
        New Haven, Connecticut 06510
        Tel. (203) 821-3828
        Federal Bar No. CT03496


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing sent via U.S. mail this 14th day of April 2006 to

Joseph Martini, Esq.
Pepe & Hazard
30 Jelliff Lane
Southport, Ct 06890

Sandra Hunt
U.S. Probation
New Haven, CT


        /s/
        MARK D. RUBINO
        Assistant United States Attorney