130

UNITED STATES DISTRICT COURT **FILED**
DISTRICT OF CONNECTICUT

2006 APR 12 P 3:30

U.S. ... COURT
NE... CT

----------------------------------------x
UNITED STATES OF AMERICA,       :
                                :
                Plaintiff,      :   Crim. No.: 3:02CR138 (EBB)
                                :
v.                              :
                                :
DAVID WILSON,                   :   April 11, 2006
                                :
                Defendant.      :
----------------------------------------x

4/18/06 Granted. Sentencing continued to May 10, 2006 at 9 a.m. So ordered.
/s/ EBB

## MOTION, ON CONSENT, TO CONTINUE SENTENCING

The defendant, David Wilson, with the consent of the government, respectfully submits this motion to continue his sentencing, currently scheduled for April 25, 2006, until a day during the week of May 8, 2006 (but not May 9, 2006), and states the following in support:

1. Sentencing in this matter is now scheduled for April 25, 2006.

2. As of this date, undersigned counsel has not heard from Attorney Pothin, who has been appointed by the Court to advise Mr. Wilson about undersigned counsel's motion to withdraw.

3. In addition, if undersigned counsel is going to continue in this case, additional time will be needed to (a) meet with Mr. Wilson to prepare for sentencing, and (b) submit a sentencing memorandum to the Court. Additional time is needed because the press of other business has kept undersigned counsel from being able to

JWM/32195/2/76392v1
04/11/06-SPT/