UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 3:02CR138(EBB) |
| | : | |
| DAVID WILSON | : | April 21, 2004 |

UNITED STATES OF AMERICA'S BILL OF PARTICULARS
FOR FORFEITURE OF ASSETS

The United States of America (the "United States"), by and through its attorney, the United States Attorney for the District of Connecticut, hereby files the following Bill of Particulars for Forfeiture of Assets.

On May 14, 2002, a federal grand jury returned an indictment charging defendant David Wilson, also known as "Struggle," with conspiracy to possess with intent to distribute marijuana from January 1989 continuing to in or about August 2000. The indictment also sought criminal forfeiture, pursuant to 21 U.S.C. § 853, of any property that constitutes and derives from proceeds that the defendant obtained directly or indirectly as a result of the violations of 21 U.S.C. §§ 841(a)(1) and 846 alleged in the Indictment, including but not limited to the sum of $715,000.

The United States hereby gives notice that, in addition to the forfeiture allegation contained in the Indictment, the United States is seeking forfeiture of the real property known as Lot D in Spring Valley in the parish of Saint Mary, Jamaica, more particularly described in Attachment A, on the ground that the property that was derived from proceeds that the defendant and others

obtained directly or indirectly as a result of the violations of 18 U.S.C. § 846 alleged in the Indictment.

          Respectfully submitted,

          KEVIN J. O'CONNOR
          UNITED STATES ATTORNEY

          /s/ Mark D. Rubino
          MARK D. RUBINO
          ASSISTANT UNITED STATES ATTORNEY
          157 Church Street
          New Haven, Connecticut 06510
          Tel. (203) 821-3828
          Federal Bar No. CT03496

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing sent via U.S. mail this 21st day of April 2006 to

Joseph Martini, Esq.
Pepe & Hazard
30 Jelliff Lane
Southport, Ct 06890

/s/ Mark D. Rubino
MARK D. RUBINO
Assistant United States Attorney

ATTACHMENT "A"

All that parcel of land part of Spring Valley Estate, now known as Spring Valley in the parish of Saint Mary being the Lot numbered D on the plan of part of Spring Valley aforesaid deposited in the Office of Titles on the 20th day of august, 1986 of the shape and dimensions and butting as appears by the plan thereof and being all the land comprised in Certificate of Title registered at Volume 1206, Folio 791 of the Register Book of Titles.