UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 3:02CR138(EBB) |
| | : | |
| DAVID WILSON | : | June 15, 2006 |

## GOVERNMENT'S MOTION TO CONTINUE SENTENCING

The United States of America ("United States"), by and through the undersigned Assistant United States Attorney hereby moves the Court to continue the sentencing in this matter. The sentencing is presently set for Monday June 19, 2006, and the government respectfully requests that it be continued to Wednesday June 21, 2006. In support of this motion, the government submits as follows:

1. On May 14, 2002, the defendant was indicted by a federal grand jury with Conspiring to Possess with Intent to Distribute 1000 kilograms or more of Marijuana. He was arrested on August 1, 2002, and detained pending trial.

2. On April 3, 2003, the defendant pleaded guilty to the indictment.

3. Since then, the defendant has filed numerous unopposed motions to continue his sentencing, which the Court has granted.

4. Most recently, the defendant was scheduled to be sentenced on May 17, 2006. However, at 5:00 p.m. the night before the sentencing, the defendant moved for another continuance. Although the parties discussed with the Court continuing the sentencing for another sixty days, the defendant requested a thirty-day continuance at that time, which the Court granted. Sentencing was then set for June 19, 2006.

5. On Friday June 9, 2006, the undersigned counsel contacted defense counsel to inquire about a new sentencing date. On Monday June 12, 2006, defense counsel advised the government that he would be requesting at least a one-week continuance and talking to the defendant about a longer continuance.

6. On the afternoon of Wednesday June 14, 2006, defense counsel contacted the undersigned and indicated that the defendant wanted to go forward with sentencing on Monday June 19, 2006, and that no continuance would be sought by the defendant.

7. The government is not prepared to proceed on Monday June 19, 2006 because of the unavailability of its principal witness on the issue of forfeiture, which of course is the first issue the Court must address on the day of sentencing. This witness works in Washington, D.C. and has commitments in Washington that day. The witness is available any other day during that week. Given the nature of the communications with defense counsel, the government expected that the defendant did not intend to proceed to sentencing on June 19, 2006 and that he would be requesting at least one additional continuance, if only for ten days. As such, the government did not make advance arrangements to have its witness available on June 19, 2006.

8. The government is prepared to proceed as early as Tuesday June 20, 2006, although the undersigned counsel understands that the next available date for the Court is Wednesday June 21, 2006, at 2:00 p.m.

9. The defendant opposes this request.

10. Based upon the foregoing, the government submits that pursuant to 18 U.S.C. § 3161(h)(8)(A) the ends of justice served by this extremely short continuance outweigh the best interest of the public and the defendant in a speedy trial.

According, the government respectfully requests that its motion be granted.

    Respectfully submitted,

    KEVIN J. O'CONNOR
    UNITED STATES ATTORNEY

    /s/ Mark D. Rubino
    MARK D. RUBINO
    ASSISTANT UNITED STATES ATTORNEY
    157 Church Street
    New Haven, Connecticut 06510
    Tel. (203) 821-3828
    Federal Bar No. CT03496

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing sent via fax this 15th day of June 2006 to

Joseph Martini, Esq.
Pepe & Hazard
30 Jelliff Lane
Southport, CT 06890

Sandra Hunt
U.S. Probation
New Haven, CT

    /s/Mark D. Rubino
MARK D. RUBINO
Assistant United States Attorney