AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

———— DISTRICT OF ————

USA
v.
David Wilson

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 3:02cv 138 (EBB)

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | **PRESIDING JUDGE** Ellen B. Burns |
| | | | | | **PLAINTIFF'S ATTORNEY** Mark Rubino |
| | | | | | **DEFENDANT'S ATTORNEY** Joseph Martini |
| | | | | | **TRIAL DATE(S)** June 21, 2006 |
| | | | | | **COURT REPORTER** L. Sanchez (Falzarano) |
| | | | | | **COURTROOM DEPUTY** B. Radke |
| ✓ | | 6/21/06 | | | Special Agent Don Hibbert, VA |
| 1 | | 6/21/06 | ✓ | ✓ | "Embassy Suites" ledger of Wilson re: marijuana prices |