UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **V.** | : | **DOCKET NO.**<br>**3:02CR138(EBB)** |
| **David Wilson** | : | **August 1, 2006** |

## MOTION TO WITHDRAW

The undersigned counsel hereby respectfully requests permission to withdraw his appearance filed on behalf of David Wilson.

RESPECTFULLY SUBMITTED,


/s Robert Berke

By   Robert Berke. Esq.
     1187 Broad Street
     Bridgeport, CT  06604
     203 332-6000
     203 332-0661 Facsimile
     Fed Bar No. 20784
     robertberke@sbcglobal.net

## **Certification**

I hereby certify that on June12, 2006 a copy of the foregoing was filed electronically to the below listed counsel and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing.

/s/  Robert Berke
_____
Robert Berke