UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------x
UNITED STATES OF AMERICA,           :
                                     :
        Plaintiff,                   :   Crim. No.: 3:02CR138 (EBB)
                                     :
v.                                   :
                                     :
DAVID WILSON,                        :   August 2, 2006
                                     :
        Defendant.                   :
---------------------------------------------x

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, made applicable to criminal cases by Rule 1(c) of the Local Rules of Criminal Procedure, undersigned counsel respectfully moves the Court to withdraw as counsel for the defendant, David Wilson, and states the following in support:

1. That on February 24, 2003 the undersigned filed an appearance on the defendant's behalf.

2. The defendant is now being appointed counsel under the Criminal Justice Act. Thus, the undersigned must withdraw his appearance so that counsel may be assigned by the Court.

5. Pursuant to Rule 7(e), a copy of this motion is being served onto Mr. Wilson by certified mail.

Wherefore, undersigned counsel respectfully moves for an Order allowing him to withdraw as Mr. Wilson's counsel.

CKW/32195/2/78646v1
08/02/06-SPT/

Respectfully Submitted,

By: _____
Calvin K. Woo (ct 24497)
Pepe & Hazard LLP
30 Jelliff Lane
Southport, CT 06890
(203) 319-4002
(203) 259-0251 fax
cwoo@pepehazard.com

-3-

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, this 2nd day of August, 2006 to:

Mark D. Rubino, Esq.
Assistant United States Attorney
Office of United States Attorney
157 Church Street, 23rd Floor
New Haven, CT 06510

Mr. David Wilson
Donald W. Wyatt Detention Center
950 High Street
Central Falls, RI 02863

Calvin K. Woo