UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------x
UNITED STATES OF AMERICA,          :
                                   :
Plaintiff,                         :   Crim. No.: 3:02CR138 (EBB)
                                   :
v.                                 :
                                   :
DAVID WILSON,                      :   August 14, 2006
                                   :
Defendant.                         :
------------------------------------------------x

## MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO GOVERNMENT'S BRIEF

David Wilson, the defendant herein, respectfully moves the Court for an Order granting him an extension of time of one (1) week in order to respond to the government's brief on the issue of forfeiture in the above-captioned case, and states the following in support:

1.  At the last hearing in this matter, an issue was raised concerning the propriety of entering an order of forfeiture in this case in light of a violation of Rule 11 of the Federal Rules of Criminal Procedure. The Court ordered briefing on this issue, and ordered that the government submit a brief on this issue on August 3, and that the defendant respond by August 17.

2.  Undersigned counsel will be out of the office on vacation during the week of August 14, and respectfully request a one week extension of time within which to submit its response.

3.  The government has been contacted and it consents to the granting of this motion.

JWM/32195/2/78963v1
08/14/06-SPT/

Wherefore, undersigned counsel respectfully moves for an Order granting him an extension of time of one week through August 24, 2006 to respond to the government's brief.

Respectfully Submitted,

By: _____
Harold James Pickerstein (ct 05094)
Pepe & Hazard LLP
30 Jelliff Lane
Southport, CT 06890
(203) 319-4003
(203) 259-0251 fax
hpickerstein@pepehazard.com

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, this 14th day of August, 2006 to:

Mark D. Rubino, Esq.
Assistant United States Attorney
Office of United States Attorney
157 Church Street, 23rd Floor
New Haven, CT 06510

_____
Harold James Pickerstein