UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,

    Plaintiff,                   :        CASE NO. 3:02-cr-138(EBB)

V.

DAVID WILSON,

    Defendant.                :        AUGUST 28, 2006

## **MOTION TO WITHDRAW APPEARANCE**

The undersigned respectfully requests permission to withdraw his appearance in the above criminal matter. Mr. Wilson is being effectively represented by Joseph Martini, Esq. and therefore there appears to be no need for substitute counsel or additional representation.

                                THE DEFENDANT

                                BY: _____
                                Timothy P. Pothin, ct02744
                                Lynch, Traub, Keefe & Errante
                                52 Trumbull Street
                                New Haven, CT 06510
                                Tel. 203 787 0275
                                Fax: 203 782 0278

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\00000-000 NO FILE NUMBER\TPP\PLEADINGS\TPP MOTION WITHDRAW D. WILSON 8-28-06.DOC

CERTIFICATION

    This is to certify that a copy of the foregoing has been mailed and/or electronically delivered to all counsel and pro se parties of record as follows on August 28, 2006:

Joseph W. Martini, Esq.
Pepe & Hazard
30 Jelliff Lane
Southport, CT 06890

Mark D. Rubino, Esq.
U.S. Attorney's Office
United States District Court
157 Church Steeet, 23rd Floor
PO Box 1824
New Haven, CT 06510

                                      _____
                                       Timothy P. Pothin, Esq.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

W:\00000-000 NO FILE NUMBER\TPP\PLEADINGS\TPP MOTION WITHDRAW D. WILSON 8-28-06.DOC