UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT


UNITED STATES OF AMERICA    :

          v.         : NO. 3:02CR138(ebb)

DAVID WILSON    :

### ORDER VACATING DOCUMENT #169, ORDER ON
### MOTION TO WITHDRAW

    Document #169 is hereby vacated, and Attorney Joseph Martini is reinstated as attorney for David Wilson.

    Attorney Timothy Pothin's Motion to Withdraw [Doc. No. 168] is hereby granted.


SO ORDERED.


_____
ELLEN BREE BURNS, SENIOR JUDGE
UNITED STATES DISTRICT COURT

Dated at New Haven, Ct, this ____ day of August, 2006.