UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : NO. 3:02CR138(EBB) |
| DAVID WILSON | : |

RULING ON GOVERNMENT'S MOTION TO
STRIKE THE DEFENDANT'S LETTER TO THE COURT

The government has moved to strike the defendant's letter to the Court dated July 7, 2006. The motion [Doc. No. 157] is denied. The clerk shall docket defendant's letter and place the same under seal.

SO ORDERED.

_____
ELLEN BREE BURNS, SENIOR JUDGE
UNITED STATES DISTRICT COURT

Dated at New Haven, CT, this ___ day of October, 2006.