UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------x
UNITED STATES OF AMERICA,              :
                                       :
Plaintiff,                             :   Crim. No.: 3:02CR138 (EBB)
                                       :
v.                                     :
                                       :
DAVID WILSON,                          :   January 10, 2007
                                       :
Defendant.                             :
---------------------------------------------x

## MOTION TO SEAL

David Wilson respectfully requests that his Clarification Regarding Revised Sentencing Memorandum, as well as this Motion to Seal and any Order entered by the Court with respect to this motion, be filed under seal for the reasons that these submissions refer to cooperation by the defendant.

Respectfully Submitted,

By: _____
Joseph W. Martini (ct 07225)
Pepe & Hazard LLP
30 Jelliff Lane
Southport, CT 06890
(203) 319-4000
(203) 259-0251 fax
jmartini@pepehazard.com

JWM/32195/2/77315v1
01/10/07-SPT/

## CERTIFICATION

This is to certify that a copy of the foregoing was sent by facsimile and mailed, postage prepaid, this 10th day of January, 2007, to the following counsel of record:

Mark D. Rubino, Esq.
Assistant United States Attorney
Office of United States Attorney
157 Church Street, 23rd Floor
New Haven, CT 06510

Ms. Sandra L. Hunt
United States Probation Officer
United States Probation Office
157 Church Street
New Haven, CT 06510

_____
Joseph W. Martini