UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| Plaintiff, | : | CRIMINAL NO.  3:02CR138(EBB) |
| | : | |
| v. | : | |
| | : | |
| DAVID WILSON | : | JANUARY 12, 2007 |
| | : | |
| Defendant. | : | |

## MOTION FOR FINAL ORDER OF FORFEITURE

The United States of America respectfully submits its Motion for a Final Order of Forfeiture in the above-captioned case, for the reasons set forth below.  A proposed order is submitted with this motion.

The defendant David Wilson ("Defendant") has been convicted of the offenses alleged in Count One of the Indictment in this case. In the Indictment, the United States gave notice to the Defendant that, in the event of his conviction, he would be required to forfeit to the United States any and all proceeds derived from property involved in the alleged offenses including but not limited to real property located in Jamaica.

On January 11, 2007, the Defendant entered into a supplemental plea agreement with the United States in which he agreed to forfeit $100,000.00 in lieu of property described as:

> "All that parcel of land part in Spring Valley Estate, now
> known as Spring Valley in the parish of Saint Mary,
> Jamaica, being the Lot numbered D on the plan of part
> Spring Valley aforesaid deposited in the Office if Titles on
> the 20th day of August, 1986 of the shape and dimensions
> and butting as appears by the said plan and being all
> land comprised in Certificate if Title registered at Volume
> 1206 Folio 791 of the Register Book of Titles"

located in Jamaica, West Indies.

Accordingly, the United States seeks the entry of a Final Order of Forfeiture consisting of a personal money judgment against the Defendant in the amount of $100,000.  The entry of a Final Order of Forfeiture in the form of a personal money judgment is specifically authorized by Rules 32.2(b)(1) and (c)(1) of the Federal Rules of Criminal Procedure.  See also, e.g., United States v. Robilotto, 828 F.2d 940, 949 (2d Cir. 1987) (the court may enter a money judgment for the amount of the illegal proceeds regardless of whether Defendant retained the proceeds).

The defendant has already conveyed to the United States $100,000, in full satisfaction of the proposed money judgment.

WHEREFORE, by virtue of the agreement and the determination of the amount of money derived from the offenses for which the Defendant has been convicted, a money judgment should be entered against the Defendant. Accordingly, the United States moves for entry of the attached Final Order of Forfeiture.

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


  /s/
MARK D. RUBINO
ASSISTANT UNITED STATES ATTORNEY
157 Church Street, 23d Floor
New Haven, CT  06510
Phone No.: (203) 821-3700
Fax No.: (203)773-5376
Federal Bar No.ct03496

CERTIFICATE OF SERVICE

This is to certify that I caused a copy of the foregoing to be sent via postage prepaid first-class mail, this 16th day of January 2007, to:

Joseph W. Martini
Pepe & Hazard, LLP
30 Jelliff Lane
Southport, CT 06890

\_\_/s/_____
MARK D. RUBINO
Assistant United States Attorney