UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| Plaintiff, | : | CRIMINAL NO. 3:02CR138(EBB) |
| | : | |
| v. | : | |
| | : | |
| DAVID WILSON | : | JANUARY 12, 2007 |
| | : | |
| Defendant. | : | |

FINAL ORDER OF FORFEITURE

WHEREAS, on January 11, 2007, the defendant, David Wilson ("Defendant") and the United States agreed by way of supplemental plea agreement, that in lieu of the United States's forfeiting real property described as:

> "All that parcel of land part in Spring Valley Estate, now known as Spring Valley in the parish of Saint Mary, Jamaica, being the Lot numbered D on the plan of part Spring Valley aforesaid deposited in the Office if Titles on the 20th day of August, 1986 of the shape and dimensions and butting as appears by the said plan and being all land comprised in Certificate if Title registered at Volume 1206 Folio 791 of the Register Book of Titles"

located in Jamaica, West Indies. The parties would substitute for that real property forfeiture, a money judgment in the amount of $100,000.

WHEREAS, defendant David Wilson has conveyed to the United States on or about January 11, 2007, checks in the amount of $100,000 in full satisfaction of that money judgment; and

WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment";

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that pursuant to 21 U.S.C. § 853, the Defendant shall forfeit to the United States the sum of $100,000, which money judgment has already been satisfied in full by the defendant; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

IT IS FURTHER ORDERED that pursuant to Rule 32.2(b)(3), this Order of Forfeiture shall become final as to the Defendant at the time of sentencing, and shall be made part of the sentence and included in the judgment; and

IT IS FURTHER ORDERED that the Clerk of Court is directed to send two (2) certified copies of this Final Order of Forfeiture to Mark D. Rubino , Assistant United States Attorney, 157 Church Street, 23d Floor, New Haven, Connecticut 06510, as well as copies of this order to all counsel or parties of record.

SO ORDERED  this _____ day of _____, 2007, at New Haven, Connecticut.

                    HONORABLE ELLEN B. BURNS
                    UNITED STATES DISTRICT JUDGE