UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
            Plaintiff,                   :  Crim. No.: 3:02-cr-138 (EBB)
                                         :
v.                                       :  Hon. Ellen Bree Burns,
                                         :  S.U.S.D.J.
DAVID WILSON,                            :
                                         :
            Defendant.                   :  January 19, 2007
---------------------------------------------------x

### NOTICE OF APPEAL

Notice is hereby given that David Wilson, the defendant in the above-captioned case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment entered in this action after his sentencing on January 11, 2007.

A transcript of the January 11, 2007 sentencing has been ordered. Undersigned counsel, appointed pursuant to the Criminal Justice Act, certifies that he will make satisfactory arrangements with the court reporter for payment of the costs of this transcript, and that payment will be made pursuant to the Criminal Justice Act.

Respectfully submitted,

By: _____
Joseph W. Martini (ct 07225)
Pepe & Hazard LLP
30 Jelliff Lane
Southport, CT  06890
(203) 319-4002
(203) 259-0251 fax
jmartini@pepehazard.com

JWM/32195/2/81781v1
01/19/07-SPT/

## CERTIFICATION

I hereby certify that the forgoing Notice of Appeal was sent via first class mail this 19th day of January, 2007 to the following:

Mark D. Rubino, Esq.
Assistant United States Attorney
Office of United States Attorney
157 Church Street, 23rd Floor
New Haven, CT 06510

_____
Joseph W. Martini

JWM/32195/2/81781v1
01/19/07-SPT/