David Wilson
Wyatt Detention Facility
950 High Street
Central Falls, RI. 02863

FILED

UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

2007 JAN 22 P 2: 31

U.S. DISTRICT COURT

USA.

vs.

DAVID WILSON

CASE No. 3:02/CR138 (EBB)

NOTICE OF APPEAL

JANUARY 18, 2007

_____xxx

## UNITED STATES vs. DAVID WILSON

The defendant, **David Wilson**, hereby gives notice of appeal against the judgment and sentence imposed in this Court by the Honorable Ellen Bree Burns on January 11, 2007 at 10:30 AM.

Respectfully Submitted,

David Wilson/Appellant

Copy mailed through US. Postal Service this 18th day of 2007 to each of the following:

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT
141 Church Street
New Haven, CT. 06510

**Assistance US. Attorney**
Mark D. Rubino, Esq.
157 Church St., 23rd Floor
P.O. Box 1824
New Haven, CT. 06510

**Defendant's Counsel**
Joseph W. Martini
30 Jelliff Lane
Southport, CT. 06890

cc:filed