UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| : | Case No. 3:02CR138(EBB) |
| v. : | |
| : | |
| DAVID WILSON : | |
| _____: | |

**MOTION TO CORRECT JUDGMENT**

The United States of America, by and through the undersigned Assistant United States Attorneys, hereby submits the this motion to correct the judgment in this case. In support of this motion, the government states as follows:

(1) On January 11, 2007, the Court sentenced the defendant to 120 months of imprisonment, 5 years of supervised release, forfeiture in the sum of $100,000, no fine, and a $100 special assessment.

(2) On January 23, 2007, the court entered judgment, however, the judgment incorrectly states that the $100,000 was ordered as a fine, and there is no reference to forfeiture.

WHEREFORE, the government respectfully requests that the court enter a corrected judgment reflecting that the $100,000 that defendant paid to the government was for criminal forfeiture and that the amount of the fine was zero.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


/s/Mark D. Rubino
MARK D. RUBINO
ASSISTANT UNITED STATES ATTORNEY
157 Church Street
New Haven, Connecticut 06510
Tel. (203) 821-3828
Federal Bar No. CT03496


CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed this 25th day of January 2007 to

Joseph Martini, Esq.
Pepe & Hazard
30 Jelliff Lane
Southport, Ct 06890

Sandra Hunt
U.S. Probation
157 Church Street
New Haven, CT 06510


/s/Mark D. Rubino
MARK D. RUBINO
ASSISTANT UNITED STATES ATTORNEY