UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

    V                                                                                       CASE NO. 3:02CR138(EBB)

DAVID WILSON

## AMENDMENT TO JUDGMENT

It is hereby Ordered that the Judgment and Order of Commitment entered by this Court in the above-entitled case on January 24, 2007, be amended in part as follows:

**"The Court does not impose a fine. The defendant has paid $100,000.00 to the government pursuant to the Final Order of Forfeiture."**

In all other respects the Judgment & Order of Commitment entered by this Court on January 24, 2007, remains the same.

It is So Ordered.

Dated at New Haven, Connecticut this 2nd day of February, 2007.

                                                                              _____
                                                                              ELLEN BREE BURNS, SENIOR JUDGE
                                                                              UNITED STATES DISTRICT COURT