UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------x
UNITED STATES OF AMERICA       :
                               :   3:02-cr-138(EBB)
v.                             :
                               :
DAVID WILSON                   :   MARCH 20, 2007
                               :
------------------------------------------------x

### INDEX TO RECORD ON APPEAL

| DATE FILED | DOCUMENT NAME | DOCUMENT NO. |
|---|---|---|
| 05/14/02 | INDICTMENT | 1 |
| 04/03/03 | PLEA AGREEMENT | 48 |
| 05/27/05 | TRANSCRIPT OF PROCEEDINGS HELD ON 4/3/03 | 86 |
| 04/17/06 | GOVERNMENT'S POSITION ON SENTENCING | 131 |
| 10/23/06 | RULING RE: RULE 11 PROCEEDINGS | 174 |
| 01/19/07 | NOTICE OF APPEAL FILED BY JOSEPH MARTINI | 197 |
| 01/22/07 | NOTICE OF APPEAL FILED BY DAVID WILSON | 198 |
| 01/24/07 | JUDGMENT | 196 |
| 02/02/07 | AMENDED JUDEMENT | 201 |
| 03/09/07 | TRANSCRIPT OF PROCEEDINGS HELD ON 1/11/07 | 203 |

JWM/32195/2/82761v1
03/20/07-SPT/

Case 3:02-cr-00138-EBB    Document 204    Filed 03/22/2007    Page 2 of 3

Respectfully Submitted,

_____
Joseph W. Martini (ct 07225)
Pepe & Hazard LLP
30 Jelliff Lane
Southport, CT 06890
(203) 319-4000
(203) 259-0251 fax
jmartini@pepehazard.com

JWM/32195/2/82761v1
03/20/07-SPT/

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed by first class, postage prepaid, this 20th day of March, 2007 to the following counsel of record:

Mark A. Rubino
Assistant United States Attorney
United States Attorney's Office
157 Church Street, 23rd Floor
New Haven, CT 06510

_____
Joseph W. Martini

JWM/32195/2/82761v1
03/20/07-SPT/