UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 3:02CR138(EBB) |
| | : | |
| DAVID WILSON | : | **Filed Under Seal** |

MOTION TO SEAL

The United States moves the Court for an order sealing the Government's Motion for Downward Departure Pursuant to Fed. R. Crim. Proc. 35, the Memorandum in Support, and this Motion to Seal in the captioned matter.

The United States files this motion because the matter deals with the defendant's cooperation with the government and his safety could be in jeopardy if this information became public.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


MARK D. RUBINO
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. CT03496
United States Attorney's Office
157 Church Street, 23rd Floor
New Haven, Connecticut 06510
(203) 821-3700


The Government's Motion to Seal is hereby:   granted    denied

_____
Honorable Ellen B. Burns
United States District Court

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing motion was sent via first class mail on this 3rd day of December, 2007, to:

Joseph Martini, Esq.  
Wiggin & Dana LLP  
One Century Tower  
P.O. Box 1832  
New Haven, CT 06508-1832

Sandra Hunt  
U.S. Probation  
New Haven, CT

                                    MARK D. RUBINO  
                                    ASSISTANT UNITED STATES ATTORNEY