# UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
141 CHURCH STREET
NEW HAVEN, CT 06510

ROBIN D. TABORA
CLERK

TEL. NO. 773-2140
(AREA CODE 203)

CHIEF DEPUTY CLERK

LORI INFERRERA
DEPUTY-IN-CHARGE
NEW HAVEN

January 9, 2008

Clerk
U.S. Court of Appeals
U.S. Courthouse
Foley Square
New York, NY   10007

    Case No:   3:02 cr 138 (EBB)
Case Name:  USA  v  DAVID WILSON
     USCA:   07-0274

Dear Clerk:

Forwarded herewith is the Record on Appeal in the above-entitled case, together with a copy of the Notice of Electronic Filing indicating the documents that are enclosed. Certified copies of documents: 1 and 196. Transcripts: 37, 42, 86 and 203. Sealed documents: 9-11, 33, 49-65, 67-70, 74-76, 79-82, 89, 125, 91,92, 94,95, 96-99, 104,105,107,108, 110-113, 117,118, 138,139,151-154, 165,166, 173, 176,177,179, 180-183, 192, 185-187, 190,191. Documents: 2-8, 12-36, 38-41, 43-48, 74, 90,122,128,146,153,194,

                            Respectfully,

                            ROBIN D. TABORA, Clerk


                          By:   V. Jefferson
                                 Deputy Clerk

Encl.

Please acknowledge receipt on the copy of this letter and return it to the Clerk's Office in the envelope provided.

ACKNOWLEDGMENT: _____    DATE: _____