UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

    V                                                      CASE NO. 3:02cr138(EBB)

DAVID WILSON

## SECOND AMENDMENT TO JUDGMENT

It is hereby Ordered that the Judgment and Order of Commitment entered by this Court in the above-entitled case on January 24, 2007, be amended in part as follows:

**"Defendant is sentenced to time served."**

In all other respects the Judgment & Order of Commitment entered by this Court on January 24, 2007, as amended by this Court on February 2, 2007, remains the same.

It is So Ordered.

Dated at New Haven, Connecticut this 8th day of February, 2008.

                                                  /s/
                                     ELLEN BREE BURNS, SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT