D. Conn. – New Haven
02-cr-138
Burns, J.

# United States Court of Appeals
#### FOR THE
#### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 30th day of January, two thousand eight,

Present:

    Hon. John M. Walker, Jr.,
    Hon. Guido Calabresi,
    Hon. Reena Raggi,
        *Circuit Judges.*

---

United States of America,

        *Appellee,*

    v.                                        07-0274-cr

David Wilson,

        *Defendant-Appellant.*

---



The Government moves to dismiss this appeal as moot. Upon due consideration, it is hereby

ISSUED AS MANDATE: 2/20/08

ORDERED that the motion is GRANTED and the appeal is DISMISSED. Appellant has already received the relief he seeks on appeal. *See British Int'l Ins. Co. v. Seguros La Republica, S.A.*, 354 F.3d 120, 122 (2d Cir. 2003). If the appellant wishes to challenge the district court's future disposition of the Government's motion for a downward departure currently pending before the district court, the Appellant may file a new notice of appeal from the district court's order deciding that motion.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

By: _____

Catherine O'Hagan Wolfe, Clerk
by: _____

SAO-LB

2